FILED
CLERK, U.S. DISTRICT COURT

AUG 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr         DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA RODRIGUEZ, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFF BECKWITH, et al.,<br><br>    Defendants. | Case No. CV 18-6416 FMO (SSx)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On February 20, 2018, Defendant Jeff Beckwith, in both his individual capacity and doing business as Honey Spot, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and presented applications to proceed *in forma pauperis*. The Court has denied the IFP applications under separate cover because the action was not properly removed. To

1

prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 300 E. Olive Ave., Burbank, California 91502, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: August 3, 2018

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE